```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

CHARLES E. WESTBROOK, JR.           *

      Petitioner,                  *

vs.                                 *
                                                  CASE NO. 4:05-CV-36 (CDL)
HILTON HALL, Warden,                *     28 U.S.C. §2254

      Respondent.                  *

                                        *

<u>ORDER ON REPORT AND RECOMMENDATION</u>
<u>OF UNITED STATES MAGISTRATE JUDGE</u>

    After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on December 14, 2005, is hereby approved, adopted, and made the Order of the Court.

    IT IS SO ORDERED, this 30th day of January, 2006.

                                                      <u>S/Clay D. Land</u>
                                                         CLAY D. LAND
                                               UNITED STATES DISTRICT JUDGE